NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRY L. FARMER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7119

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2483, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Terry L. Farmer moves without opposition for a 60-day extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

TERRY FARMER V. SHINSEKI                                        2

The motion is granted.  Farmer's reply brief is due on or before January 2, 2013.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27